UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAVID CORN,

    Plaintiff

-vs-                                                               Case No. 05-71578
                                                                 Hon. Marianne O. Battani

FANNON FAMILY AUTOMOTIVE,

    Defendants.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST FANNON FAMILY AUTOMOTIVE

*The Plaintiff moves for entry of a default judgment as follows:*

1. On May 23, 2005, Plaintiff applied for entry of Default as to Defendant FANNON FAMILY AUTOMOTIVE.

2. On May 24, 2005 the Clerk of the Court entered its default against Defendant FANNON FAMILY AUTOMOTIVE.

3. Plaintiff has set forth claims for damages under a variety of statutory and common law claims, and requests the following damages as to Defendant FANNON FAMILY AUTOMOTIVE:.

    a.    *Misrepresentation* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $10,000.00

4. The total of these requested damages is $10,000.00.

5. All of Plaintiff's losses are monetary losses and are as a result of the fraud, cheating or misrepresentation of the Defendant, FANNON FAMILY AUTOMOTIVE.

*ACCORDINGLY, Plaintiff requests that the Court enter the attached Default Judgment against FANNON FAMILY AUTOMOTIVE for Fraud, Cheating and Misrepresentation in the amount of $10,000.00.*

                                                       Respectfully Submitted,

                                                       LYNGKLIP & TAUB
                                                     CONSUMER LAW GROUP, PLC

By:   s/_____
        Adam G. Taub P48703
        Attorney For Maria Glenn
        24500 Northwestern Highway, Ste. 206
        Southfield, MI 48075
        (248) 746-3790
        AdamLaw@Pop.Net

Dated: June 9, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAVID CORN,

    Plaintiff

-vs-                                            Case No. 05-71578
                                                 Hon. Marianne O. Battani

FANNON FAMILY AUTOMOTIVE,

    Defendants.

## Judgment by Default against Fannon Family Automotive
## for Fraud, Cheating and Misrepresentation

This matter is before the court on Motion for Entry of Default Judgment against FANNON FAMILY AUTOMOTIVE. The record indicates and the Court finds that FANNON FAMILY AUTOMOTIVE has failed to defend in this action following service of process. The record indicates and the Court finds that FANNON FAMILY AUTOMOTIVE was served with the lawsuit, the Application for Default and the Motion for Entry of Default Judgment. The record indicates and the Court finds that FANNON FAMILY AUTOMOTIVE has not contacted the Court.

**IT IS ORDERED** that each of the allegations in the complaint as to FANNON FAMILY AUTOMOTIVE, is deemed true and admitted. Judgment is entered against FANNON FAMILY AUTOMOTIVE and in favor of DAVID CORN. This Court finds that DAVID CORN's monetary loss is $10,000.00, judgment enters in the amount of $10,000.00 and judgment is deemed to be based on FRAUD, CHEATING AND MISREPRESENTATION for purposes of collection and bankruptcy.

**SO ORDERED**.

                                                                                                                  _____
                                                                                                                  Honorable Marianne O. Battani

Entered at Detroit, Michigan on _____.

Case 2:05-cv-71578-AC-RSW    Document 6    Filed 06/09/2005    Page 4 of 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAVID CORN,

    Plaintiff

-vs-                                              Case No. 05-71578
                                                  Hon. Marianne O. Battani

FANNON FAMILY AUTOMOTIVE,

    Defendants.

## Proof of Service

My name is Adam G. Taub and I am attorney for the Plaintiff and an officer of the Court. On June 9, 2005, I served the Defendant, FANNON FAMILY AUTOMOTIVE , by certified mail upon its resident agent, Secretary of State, Compliance & Rules Division, 208 N. Capital Ave., Lansing, MI 48918-2170 and upon all counsel of record with Motion for Entry of Default Judgment against FANNON FAMILY AUTOMOTIVE, Proof of Service, and a copy of the attached proposed Judgment by Default against FANNON FAMILY AUTOMOTIVE for Fraud, Cheating and Misrepresentation.

                                                                   Respectfully Submitted,

                                                                   LYNGKLIP & TAUB
                                                                   CONSUMER LAW GROUP, PLC


                                                    By:    s/_____
                                                                   Adam G. Taub (P48703)
                                                                   Attorney for Plaintiff

Dated: June 9, 2005